IN RE JOYNER

No. 337A93

Case below: 111 N.C.App. 454

Motion by Attorney General to dismiss respondent's appeal for lack of substantial constitutional question allowed 7 October 1993.

IN RE McCOLLOUGH v.
N.C. STATE BD. OF DENTAL EXAMINERS

No. 349P93

Case below: 111 N.C.App. 187

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

IN RE ROCK-OLA CAFE

No. 383PA93

Case below: 111 N.C.App. 683

Petition by Secretary of Revenue for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1993.

IN RE SCOTT

No. 339A93

Case below: 111 N.C.App. 453

Motion by Attorney General to dismiss respondent's appeal for lack of substantial constitutional question allowed 7 October 1993.

IN RE STATE EX REL. EMPLOYMENT
SECURITY COMM. v. HOPKINS

No. 374P93

Case below: 111 N.C.App. 437

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.